# EX. H

**From:** Gabriel Chapman
**Sent:** 08/20/2010
**To:** joeb-ext_connector
**Cc:**
**Bcc:**
**Subject:** Re: non-florida FS QandA

---

Adoption draft is in tricia's hands to edit and add charts. Will forward when I receive.


-- Sent from my Palm Pre

_____

On Aug 20, 2010 12:08 PM, Joe Ballarino <JoeB@RealEstateIS.com> wrote:

Cut this from the end of the first para:
'as well as become a major national forms vendor once Florida Realtors® needs were met.'

That's all..

Adoption piece?


On 8/20/2010 11:33 AM, Gabriel Chapman wrote:
>
> Joe -- please review / edit ASAP.
>
> Question & Answer
>
> Why did Real Estate Industry Solutions create Form Simplicity?
>
> We conducted a comprehensive review of Realtor® form products and did
> not find any that were both effective and affordable. We researched
> the market, and simply put, it was wide open for a new forms system
> using current technologies to create a superior service for all
> Realtors®. Our research concluded that we could do it better, faster,
> and cheaper than the competition as well as become a major national
> forms vendor once Florida Realtors® needs were met.
>
> One key advantage is our product design philosophy. By engaging users
> early in the development process and keeping them engaged
> continuously, we do not spend time building features that will not be
> used often or need major overhauls. We see ourselves as stewards of
> our clients' money, and our philosophies and culture are based on
> producing efficient, cost effective results.
>



> We also strongly believe that software that is easier to use will be
> more widely adopted. We leverage attractive design, modern technology
> and web usability standards to develop intuitive logical interfaces.
> Our goal is to create software that most users will understand quickly
> without needing day long training sessions. One way we do this is by
> better modeling realtors' real-world processes within our software.
>
> Ultimately we put our ideas and designs to the test in Florida. We
> succeeded with adoption rates much higher than expected, and with
> positive and passionate users who have inspired us to improve Form
> Simplicity with their great suggestions. Actually listening to our
> customers and giving them direct means to communicate with us has
> yielded impressive results in Florida. And we will re-produce these
> great results for current and future Form Simplicity clients.
>
> How did we make a product that is so feature rich yet easy to learn
> and use?
>
> Our philosophy is that we can build powerful, feature rich software
> and still make it easy for the user to learn and use. First, we
> assembled diverse user groups representing Realtors® and brokers,
> including tech savvy individuals as well as users of paper forms. Our
> product development team continually met with these groups and
> collected feedback from our Technology Helpline support analysts to
> gain valuable insights into how to best serve Realtors®.
>
> Our research revealed a common theme showing that most Realtors® find
> their forms software to be overly complicated and cumbersome for even
> performing the simplest tasks. Some of our other top findings were
> that users wanted to access forms without creating transactions,
> maximize automation features to reduce their typing time, and have an
> easily accessible, safe environment for long-term document storage.
>
> We took all of this to heart and produced Form Simplicity. Using this
> information, modern technology and
>
> usability standards, Form Simplicity was created with a truly
> revolutionary interface which can be easily learned and adopted by
> most Realtors® with little to no training. Additionally, its powerful
> automation and synchronization features allow Realtors® to do much
> more in less time.
>
> Can I see all of my forms and files in a transaction on the same screen?
> Yes. Our early user groups felt that all forms and transaction-related
> files should be available in the same screen together. In the real
> world, all paper contracts and files are kept together in a manila
> folder, and users asked us to emulate this in Form Simplicity. An
> additional advantage is that forms and files can be printed, faxed,
> e-mailed and downloaded together, simultaneously in one action.
>
>

CONFIDENTIAL

REI-000578

> Can I use Form Simplicity for long-term storage and know that my files
> are safe?
> Yes, your data is safe with us. Form Simplicity is designed to be
> secure, and our data center is top-of-the-line. In fact, our data
> center already runs mission-critical Florida Realtors® technology
> services, including IDX, Florida Living Network, MLS Advantage and
> more resulting in many millions of page views annually.
>
> We take the protection of critical transaction data seriously. All of
> our systems and related data have enterprise-level design and
> security. All information and files are stored on a SAN (storage area
> network) which mirrors data over multiple hard drives. All data is
> electronically vaulted hourly to another in-house storage device.
> Finally, all data is electronically vaulted to out-of-state facilities
> and is ready for recovery in any number of our contracted disaster
> recovery sites throughout North America.
>
> Can my brokerage back office go truly paperless?
> Absolutely. We are fully automating the back office of brokerages to
> allow them to better manage the flow of contracts and forms. In an
> upcoming release during the 4th quarter of 2010, we will be assisting
> brokers with the submittal and approval processes, which will also
> allow for a separate brokerage storage area that is locked and safe
> from other users.
>
> What other broker management functions does Form Simplicity offer?
> The base version of Form Simplicity gives brokers great features for
> oversight and control of their offices. They are able to view and
> control their agents' transactions and view audit trails through the
> history tab. They can create brokerage-wide packages pre-populated
> with common data, like brokerage name and address, making the agent's
> process easier and mistakes less likely. Brokers can designate others
> in their organization to act as the broker on a per office basis,
> allowing highly customized control for even the most complicated
> brokerage structures. Additionally, brokers can create brokerage-wide
> clauses and control which blank forms are available to their agents in
> the library.
>
> With even more capabilities, Form Simplicity's enhanced broker upgrade
> allows brokers to:
>
> . Create teams of agents that may view and edit each others'
> transactions.
>
> . Take advantage of Form Simplicity's white labeling capabilities for
> brokerage branding.
>
> . Use enhanced reporting capabilities.
>
> . Add non- Realtor® office and agent assistants.
>

CONFIDENTIAL

> . Optionally control deleted files by agents to prevent critical
> document loss.
>
>
> Can I build Form Simplicity into my brokerage website?
> We have raised the bar on branding in forms applications. Brokers want
> more than just their logo on forms. Using modern web technologies we
> can build Form Simplicity into any other website, mimicking the
> colors, fonts and styling to match. Optionally, the hosting website
> can even host the navigation in their web interface to seamlessly move
> users in and out of Form Simplicity. Yet we still deliver all the
> performance and secure long -term storage needs on our
> state-of-the-art systems. No other form software does this.
>
>
> Will Form Simplicity work with my smartphone, iPad or other mobile
> devices?
> We know that a lot of Realtors® work on the go. Therefore, many Form
> Simplicity features are designed to work on your mobile devices, such as:
>
> . View your transactions, forms, files and data.
>
> . E-mail and fax forms and files.
>
> . Work with packages, clauses and contacts.
>
> . View forms and more.
>
> Is it hard to fix data errors in my transaction?
>
> Not at all. Unlike most other forms products, Form Simplicity has true
> real-time data synchronization which instantly updates all forms in a
> transaction with new data. If you find a misspelling or other error,
> just correct it on any form and it automatically fixes the issue in
> all the other forms within the transaction, with no additional
> intervention required by the user.
>
> If I need help with Form Simplicity what should I do?
>
> Though we take great pride in Form Simplicity, we know the success of
> a software product depends on much more than product design.
> Therefore, we have comprehensive options for training and support
> available to every user of Form Simplicity. This formula has proven
> successful in Florida, creating adoption and retention that far
> exceeded company goals, and can be easily replicated for associations
> all over North America.
>
> First, we made Form Simplicity easy to learn by creating an interface
> that is intuitive. Developing a logical layout that mimics the way
> most Realtors® work was a great start. Then we added in-line help
> pop-ups in every section of the application to provide assistance for

CONFIDENTIAL

REI-000578

> each area of the program. Additionally, we have created several
> instructional videos available within the application.
>
> For some users, intuitive design and great help systems are not
> enough; therefore, we also provide free, weekly live training
> webinars. Our staff works to deliver high quality, comprehensive
> presentations every week, collects feedback from users, and constantly
> improves the presentations. Hundreds of Florida Realtors® have
> participated in these information-packed sessions. Additionally we
> have a train-the-trainer program that creates qualified trainers in
> various market areas who can conduct training to those that prefer a
> live training event to a webinar.
>
> Finally, for those who still need help or have specific questions, our
> friendly, expert Technology Helpline analysts are available to support
> Florida Realtors® via phone, e-mail, and Internet chat, Monday through
> Saturday.
>
> What are the future plans for Form Simplicity?
>
> We have only just begun. We continue to listen to our clients through
> training events, user groups and our built-in feedback system. Our
> budget includes funds each year to continually improve the product and
> move it forward using the same smart styling and maintaining it as the
> easiest to learn, easiest to use, most powerful forms management tool...
>
>
> Forms.FloridaRealtors.org
>
> Technology Helpline: 407.587.1450, Mon. - Fri. 9 a.m. to 8 p.m. and
> Saturdays
>

CONFIDENTIAL

REI-000578!

**From:** Gabriel Chapman
**Sent:** 08/24/2010
**To:** 'Lisa Rose-Mann'
**Cc:**
**Bcc:**
**Subject:** FW: BOD - REIS

Lisa –

I am going to resend you the attachment in a few moments. We just caught an error on it. Please disregard the last attachment.

Gabriel Chapman

Director of Marketing and Communications
t 407.583.2704
f 407.587.1422

A subsidiary of Florida Realtors®

<http://www.realestateis.com> RealEstateIS.com

<http://www.technologyhelpline.com> TechnologyHelpline.com?? ??¦ <http://www.formsimplicity.com> FormSimplicity.com

From: Gabriel Chapman
Sent: Tuesday, August 24, 2010 2:54 PM
To: 'Lisa Rose-Mann'
Subject: RE: BOD - REIS
Importance: High

Lisa –

REI-003595:

I have attached a one sheet describing the incredible growth of Form simplicity in the state. We will have more materials available soon. Is there something going on today that might need some attention?

Gabriel Chapman

Director of Marketing and Communications
t 407.583.2704
f 407.587.1422

A subsidiary of Florida Realtors®

<http://www.realestateis.com> RealEstateIS.com

<http://www.technologyhelpline.com> TechnologyHelpline.com?? ??¦ <http://www.formsimplicity.com> FormSimplicity.com

From: John Fridlington
Sent: Tuesday, August 24, 2010 2:52 PM
To: 'Lisa Rose-Mann'
Cc: Gabriel Chapman
Subject: RE: BOD - REIS

Lisa, we appreciate your support. Gabriel Chapman will be sending you materials.

See you at convention.

John

John Fridlington, RCE, CAE

CEO| FloridaRealtors®
7025 Augusta National Drive, Orlando, FL 32822

REI-003595

talk: 407.438.1400 fax: 407.587.1487
visit: http://www.floridarealtors.org

All Aboard for the ultimate education destination
http://convention.floridarealtors.org


From: Lisa Rose-Mann [mailto:lisarosemann@gmail.com]
Sent: Monday, August 23, 2010 1:36 PM
To: John Fridlington
Subject: BOD - REIS


Hello John,

I am sure you are very very busy getting ready for the meetings. IS there any way to get a hold of the material that will be presented in the BOD packet in reference to Form Simplicity? With all of the material being sent from Transaction Desk I am having a hard time competing without information in hand to explain the situation to our members. Perhaps, if possible, a special distribution email with the document so everyone can be prepared prior to arrival for this subject.

Thank you so much
Lisa Rose-Mann
813-220-1904 cell

REI-003595